**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessie Uribe, | No. CV-20-01978-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Broadway Enterprises Two Incorporated, et al., | |
| Defendants. | |

Before the Court is Plaintiff Jessie Uribe's ("Plaintiff") Motion for Entry of Default Judgment. The Court finds it would be beneficial to schedule this matter for a status conference.

When seeking default judgment, a "[p]laintiff is required to prove all damages sought in the complaint." *Philip Morris USA Inc. v. Castworld Products, Inc.*, 219 F.R.D. 494, 498 (C.D. Cal. 2003) ("In determining damages, a court can rely on the declarations submitted by the plaintiff[.]"). Plaintiff has not provided support for how the compensatory figure, $5,899.23, was reached, except to say it represents "all the money she has expended in connection with the transaction." (Doc. 12 at 9.) Plaintiff may submit additional support prior to the status conference.

/ / /

/ / /

**IT IS HEREBY ORDERED** a Telephonic Status Conference is set for **May 21, 2021 at 2:00 p.m.** Plaintiff's counsel shall arrange the telephonic conference on or before noon on **May 19, 2021** and disseminate the call-in number to all parties, including the Court.

Dated this 11th day of May, 2021.

_____
G. Murray Snow
Chief United States District Judge